EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2013 TSPR 37 |
| Varlin J. Vissepó Muñoz | 188 DPR ____ |

Número del Caso: TS-13,314

Fecha: 25 de febrero de 2013

Abogado de la parte Peticionaria:

Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Varlin J. Vissepó Muñoz                    TS-13,314

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de marzo de 2013.

Vista la *Moción sobre Activación como Abogado* presentada por el peticionario, Varlin Vissepó Muñoz se provee *ha lugar*.

Se le instruye a la Secretaría de este Tribunal que tome nota del cambio de dirección provisto por el licenciado Vissepó Muñoz.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo